[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 23-12312

Non-Argument Calendar

————————————————

TEDIE ROCHELLE BARROW,
APRIL LATASHA THOMAS,
JAWON WYKEEN TY'QUAN THOMAS,

Plaintiffs-Appellants,

*versus*

FLOWERS HOSPITAL ADMINISTRATION,
HEIN N. DAO,
M.D., Medical Doctor,
PHILIP T. WILSON,
D.O., Osteopathic, (Hospitialist),

Defendants-Appellees.

————————————————

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 1:23-cv-00220-ECM-SMD

————————————————

Before NEWSOM, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The statutory time limit required Tedie Barrow, April Thomas, and Jawon Thomas to file a notice of appeal on or before June 12, 2023, which was the first business day after the 30-day period following the entry of final judgment on May 11, 2023. 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), (7), 26(a)(1)(C). However, the plaintiffs did not file their notice of appeal until July 6, 2023.

Additionally, there is no basis in the record for relief under Federal Rules of Appellate Procedure 4(a)(5) or 4(a)(6). Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010) (noting that the timely filing of a notice of appeal in a civil case is a jurisdictional requirement, and we cannot entertain an appeal that is out of time).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.